UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

ANDRE PULLINS,                              )
                                            )
                    Plaintiff,              )
      vs.                                   )   No. 1:06-cv-1714-SEB-JMS
                                            )
HOME VIDEO STUDIO, INC.,                    )
                                            )
                    Defendant.              )

# E N T R Y

This cause is dismissed for failure to prosecute, a disposition based on the plaintiff's failure to file the report directed in the Entry issued on October 18, 2007.

Judgment dismissing this action without prejudice shall now issue.

**IT IS SO ORDERED.**

Date: 11/07/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana